UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHRISTOPHER M. SAENZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 2:22-cv-00175-JAW |
| v. | ) | |
| | ) | |
| STATE OF MAINE, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER AFFIRMING
RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on August 18, 2022, his Recommended Decision.  *Recommended Decision on 28 U.S.C. §2254 Petition* (ECF No. 4).  On September 9, 2022, Petitioner Christopher Saenz filed a motion for reconsideration.  *Mot. for Recons. re Report and Recommended Decision* (ECF No. 5).  On September 12, 2022, the State of Maine filed its response.  *Resp't's Resp. to Pet'r's Mot. for Recons.* (ECF No. 6).  On December 2, 2022, the Magistrate Judge denied Mr. Saenz's motion for reconsideration.  *Order on Mot. for Recons.* (ECF No. 7).

Mr. Saenz filed no objection in response to the Magistrate Judge's Recommended Decision.  The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

The Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 4) and thereby DISMISSES the Petitioner's 28 U.S.C. § 2254 Petition (ECF No. 1). The Court further ORDERS that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2023